IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MATHEUS PEROBA,<br><br>　　　　Defendant. | CASE NO.: 2:24-mj-20 |

**O R D E R**

On April 5, 2024, the United States District Court for the District of Massachusetts, Worcester Division, issued a warrant for the arrest of Matheus Peroba in the case of United States of America v. Matheus Peroba, Case No. 4:24-mj-04192-DHH-1.  Matheus Peroba appeared before the undersigned on May 7, 2024 for his Initial Appearance on Rule 40 Transfer Out.  Mr. Peroba was represented by counsel at that hearing.

The Government moved for Defendant's detention.  Mr. Peroba was advised of his right to an identity hearing, a preliminary hearing and a detention hearing in this district.  Defendant admitted that his name is Matheus Peroba and requested to be transferred to the District of Massachusetts.  Defendant waived his right to an identity hearing and waived his right to a preliminary hearing and detention hearing in the Southern District of Georgia.  Defendant requested that his preliminary hearing and detention hearings take place in the District of Massachusetts.  Defendant filed an AO466A Waiver of Rule 5 & 5.1 Hearings form as to Case No. 4:24-mj-04192-DHH-1, waiving his right to an identity hearing and waiving his right to a preliminary hearing and detention hearing in the Southern District of Georgia and requesting that

his preliminary hearing and detention hearing occur in the District of Massachusetts. Doc. 6. Defendant is ordered detained pending the transfer to the District of Massachusetts.

**IT IS ORDERED**: The United States Marshal immediately transport Matheus Peroba, together with a copy of this Order, to the District of Massachusetts, Worcester Division, and deliver the Defendant to the United States Marshal for that district, or to another officer authorized to receive Matheus Peroba. The marshal or officer in the District of Massachusetts, Worcester Division, should immediately notify the United States Attorney and the Clerk of Court for that district of Matheus Peroba's arrival.

The Clerk of this district must promptly transmit the documents in this case to the District of Massachusetts, Worcester Division.

**SO ORDERED** this 7th day of May, 2024.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA